**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **REGINALD D. WILSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV967MLM |
| | ) |
| **CMS MEDICAL SERVICES, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered for Defendants CMS Medical Services, Santiago Hallazgo, M.D., Samuel J. Simon, Eugene Stubblefield, and James Murphy, and that Plaintiff's Complaint is **DISMISSED**, with prejudice, in its entirety. Doc. 3.

/s/ Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of March, 2007.